IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| THE MATRIX GROUP, LLC<br><br>Plaintiff,<br><br>v.<br><br>INNERLIGHT HOLDINGS, INC., a Delaware corporation, and INNERLIGHT WORLDWIDE, INC., a Delaware corporation<br><br>Defendants. | RULING & ORDER<br><br>Case No. 2:11-cv-00987<br><br>United States District Court Judge Robert Shelby<br><br>Magistrate Judge Dustin Pead |

The court provides this Ruling and Order by way of clarification of its prior Order as issued on November 5, 2012. (Document Number 134).

Plaintiff's Motion To Amend its Complaint is granted in its entirety. Consistent with the granting of defendants' Motion To Strike, the Court orders that the amended complaint remove any references to Mr. MacAniff that are redundant or immaterial to plaintiff's causes of action.

The deadline for defendants' to file their motion for summary judgment shall be ten days after the timely filing of defendants' answer to plaintiff's amended complaint.

Dated this 7th day of November, 2012

_____
Dustin Pead
U.S. Federal Magistrate Judge