STEPHEN QUESENBERRY (8073)
**HILL, JOHNSON & SCHMUTZ, L.C.**
RiverView Plaza
4844 North 300 West, Suite 300
Provo, Utah 84604
Telephone: (801) 375-6600
squesenberry@hjslaw.com

CHRISTOPHER K. LEIGH (FL 807941)
**BARTHE & LEIGH LLP**
Wells Fargo Tower
One East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33301
Telephone: (954) 523-5555
ckl@mac.com

*Attorneys for Plaintiff, The Matrix Group, LLC*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

## CENTRAL DIVISION

| | |
|---|---|
| THE MATRIX GROUP, LLC,<br>a Florida limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>INNERLIGHT HOLDINGS, INC.,<br>a Delaware corporation,<br>and<br>INNERLIGHT WORLDWIDE, INC.,<br>a Delaware corporation<br><br>Defendants. | **RULING & ORDER**<br><br>**Case No. 2:11-cv-00987**<br><br>**United States District Court Judge Robert Shelby**<br><br>**Magistrate Judge Dustin Pead** |

THIS MATTER is before this Court upon Plaintiff's motion for leave to file a lengthy motion and memorandum for summary judgment, and the Court having considered the motion, and good cause appearing and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that said Motion be, and the same hereby is, GRANTED.

Plaintiff may file a lengthy motion and memorandum for summary judgment, not to exceed 35

pages, exclusive of the face sheet, table of contents, statement of precise relief sought and

grounds for relief, concise introduction and/or background section, statement of issues and facts,

statement of elements and undisputed material facts, and exhibits.

Dated this 13th day of December, 2012.

_____
Dustin Pead
U.S. FEDERAL MAGISTRIATE JUDGE